## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| 32NS, LLC )<br>   Plaintiff, )<br>)<br>v. )<br>)<br>CONTINENTAL AEROSPACE )<br>TECHNOLOGIES, INC. )<br>   Defendant. )<br>) | Civil Action No. _____ |

## **CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1, the defendant, Continental Aerospace Technologies, Inc., by and through undersigned counsel, states that Continental Aerospace Technologies, Inc. is a wholly owned subsidiary of Continental Aerospace Technologies Limited, which is a wholly owned subsidiary of Motto Investment Limited, which is a wholly owned subsidiary of Continental Aerospace Technologies Holding Limited, a publicly traded company.

Dated: February 21, 2025    Respectfully submitted,

              **CONTINENTAL AEROSPACE**
              **TECHNOLOGIES, INC.**

              By its Attorneys,

              /s/ *Tony K. Lu*
              Tony K. Lu, Esq. (BBO #678791)
              Dentons US LLP
              101 Federal Street
              Suite 1900
              Boston, MA 02108
              Tel: 617-235-6817
              Fax: 617-235-6899
              tony.lu@dentons.com

2

John C.S. Pierce (pro hac vice forthcoming)
Howard G. Perdue III (pro hac vice forthcoming)
DENTONS SIROTE PC
2311 Highland Avenue South
Birmingham, AL 35205
Tel: (205) 930-5100
Fax: (205) 930-5101
john.pierce@dentons.com
trey.perdue@dentons.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 21, 2025, a copy of the foregoing document was sent by electronic mail to the following party of record:

Steven L. Ostrovitz (BBO #567676)
**OSTROVITZ LAW OFFICE**
25 Braintree Hill Office Park
Suite 200
Braintree, MA 02184
Tel: 508-861-7565
sostrovitz@ostrovitzlaw.com

*Attorney for Plaintiff 32NS, LLC*

                                        /s/ *Tony K. Lu*
                                        Tony K. Lu